**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TOSHA ANN GONZALEZ,

Plaintiff,

v. Case No. 6:26-cv-1635-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.
______________________________________/

**O R D E R**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 14; "Motion"), filed November 18, 2026, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 14) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical source opinion of Joseph Carver, Ph.D., including addressing the factors of supportability and consistency pursuant to 20 C.F.R. § 404.1520c; further consider the residual functional capacity; take any further action needed to complete the administrative record resolving the above issues; and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on November 19, 2026.

James R. Klindt
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record